Ruth Anderson, Appellee, v. Marshall Field & Company, a Corporation, Appellant.

**Gen. No. 47,856.** <span style="background:black">             </span>

First District, Third Division.

April 6, 1960.

Robert A. Wilbrandt, for defendant-appellant; James A. Dooley, for plaintiff-appellee. Opinion by JUSTICE FRIEND. **Not to be published in full.**